IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

      Plaintiff, :

vs : Case No. 3:10-CR-45

MICHAEL PREUSS :

      Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO MOVE
AND MODIFY BOND CONDITIONS (DOC. 22)

---

On July 9, 2010, the above named was sentenced to five (5) years Probation. On July 6, 2012, the Defendant filed a Motion for Permission to Move and Modify Bond Conditions (doc.22) requesting that he be allowed to move to Lindale, Texas and be placed on Unsupervised Probation.

The Court finds that based upon the recommendation of the U.S. Probation Department, no objections from the Government, and for good cause shown, it is hereby ordered that Defendant's Motion for Permission to Move and Modify Bond Conditions (doc.22) is GRANTED. Defendant shall reside at 16383 CR4100, Lindale, Texas, 75771 and be placed upon Unsupervised Probation. All other conditions previously imposed by the Court are continued. Should the Defendant's residence change any time before the completion of his probation, he shall immediately notify the U.S. Probation Department.

**IT IS SO ORDERED.**

Dated: July 16, 2012

Thomas M. Rose, Judge
United States District Court